United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-50271
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JARED LAMONT HALL,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-01-CR-139-3
---------------------

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Jared Lamont Hall has moved
for leave to withdraw and has filed a brief pursuant to Anders
v. California, 386 U.S. 738 (1967).  Although he was notified of
counsel's motion, Hall has filed no response.

Our independent review of counsel's brief and the record
discloses no nonfrivolous issue for appeal with respect to Hall's
conviction.  As part of his plea agreement, Hall validly waived

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

his right to directly appeal his sentence on any ground.  <u>See</u>

<u>United States v. Portillo</u>, 18 F.3d 290, 292 (5th Cir. 1994).

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.